# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| LCI HOLDING COMPANY, INC., | ) | Case No. 12-13319 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## UNITED STATES' DESIGNATION OF RECORD AND ISSUES ON APPEAL

### DESIGNATION OF RECORD

Pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006-1(a), the United States designates the following items to be included in the record on appeal:

1. Docket No. 23 – Debtors' Motion for Orders: (A)(1) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving Expense Reimbursement; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice, and (V) Scheduling a Hearing to Consider the Proposed Sale, and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief

2. Docket No. 266 – Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Orders: (A)(1) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving Expense Reimbursement; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice, and (V) Scheduling a Hearing to Consider the Proposed Sale, and (B)(I) Approving the Sale of Substantially All of the Debtors' Assets; (II) Authorizing the Assumption and Assignment of Certain Executory

|   |   |
|---|---|
|   | Contracts and Unexpired Leases; and (III) Granting Certain Related Relief |
| 3. | Docket No. 300 – Order (1) Establishing Bidding Procedures Relating to the Sale of Substantially all of the Debtors' Assets: (II) Approving Expense Reimbursement; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules and Agreements, (V) Scheduling a Hearing to Consider the Proposed Sale; and (VI) Granting Certain Related Relief |
| 4. | Docket No. 496 – The United States' Objection To The Sale Of Substantially All Of The Debtors' Assets |
| 5. | Docket No. 584 – Omnibus Reply to Objections to Debtors Motion for Order (I) Approving the Sale of Substantially All of the Debtors Assets; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief |
| 6. | Docket No. 586 – Declaration of Phillip B. Douglas in Support of Debtors Motion for Order (I) Approving the Sale of Substantially All of the Debtors Assets; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief |
| 7. | Docket No. 587 – Declaration of Neil A. Augustine in Further Support of Debtors Motion for Order (I) Approving the Sale of Substantially All of the Debtors Assets; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief |
| 8. | Docket No. 588 – Response of The Official Committee of Unsecured Creditors to The United States' Objection to the Sale of Substantially All of the Debtors' Assets |
| 9. | Docket No. 589 – Steering Committee's Reply in Support of the Debtors' Motion for Entry of An Order Approving the Sale of Substantially All of the Debtors' Assets |
| 10. | Docket No. 617 – Order (I) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of Certain |

>Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief

11. Docket No. 660 – the United States' Notice of Appeal

12. Docket No. 676 – The United States' Motion to Stay Pending Appeal

13. Transcript for hearing held on April 2, 2013

STATEMENT OF ISSUES

Pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006-1(a), the United States submits the following list of issues to be presented on appeal:

1. Did the Bankruptcy Court err in approving the sale of substantially all of the debtors' assets, and granting debtors the protections afforded by the Bankruptcy Code, when there was admittedly no possibility that debtors could confirm a valid Chapter 11 or Chapter 7 bankruptcy plan if the sale was approved?

2. Did the Bankruptcy Court err in approving the payment of certain administrative claimants through the Asset Purchase Agreement (and payment of any other claims with lower priority) when other similarly situated administrative claimants, like the United States, would receive no portion of their claims?

DATE: May 1, 2013                              Respectfully submitted,

                                               CHARLES M. OBERLY
                                               United States Attorney

                                               KATHRYN KENEALLY
                                               Assistant United States Attorney

                                               /s/ Christopher J. Williamson
                                               CHRISTOPHER J. WILLIAMSON
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               Post Office Box 227
                                               Washington, DC 20044
                                               Telephone: (202) 307-2250
                                               Facsimile: (202) 514-6866
                                               Christopher.J.Williamson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 1, 2013, I electronically filed the foregoing Designation of Record and Issues on Appeal with the Clerk of the Court using the CM/ECF system.

>/s/ Christopher J. Williamson
>CHRISTOPHER J. WILLIAMSON
>Trial Attorney, Tax Division
>United States Department of Justice
>P.O. Box 227
>Washington, DC 20044
>Tel: (202) 307-2250
>Fax: (202) 514-6866
>christopher.j.williamson@usdoj.gov