IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LCI HOLDING COMPANY, INC., et al., | ) | Bk. No. 12-13319 (KG) |
| | ) | |
| Debtors. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 13-924-SLR |
| | ) | |
| LCI HOLDING COMPANY, INC., et al., | ) | |
| | ) | |
| AppelleeS. | ) | |

## ORDER

At Wilmington this ___ day of June, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 29, 2013.**

2. Appellee's brief in opposition to the appeal is due on or before **August 29, 2013.**

3. Appellant's reply brief is due on or before **September 13, 2013.**

_____
United States District Judge