IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LCI HOLDING COMPANY, INC., | ) | Case No. 1:13-cv-00924-SLR |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| LCI HOLDING COMPANY, INC., | ) | Case No. 1:13-cv-01188-SLR |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

AND NOW, after consideration of the United States' unopposed motion to consolidate its appeals, it is hereby:

ORDERED that case numbers 1:13-cv-00924-SLR and 1:13-cv-01188-SLR shall be consolidated into one proceeding, and it further

ORDERED that there shall be one appellate briefing schedule in the consolidated proceeding that will cover both appeals.

SO ORDERED.

Dated: _____        _____
                                                        UNITED STATES DISTRICT JUDGE

1

10162437.1